IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Clear Choice Construction, LLC; and Piedmont Disaster Services, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>The Travelers Home and Marine Insurance Company; and XYZ Corporations 1 through 20, which are unknown entities affiliated with the Travelers brand of insurers,<br><br>Defendants. | Civil Action No. 0:17-cv-01890-MBS<br><br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Clear Choice Construction, LLC and Piedmont Disaster Services, LLC and Defendant The Travelers Home and Marine Insurance Company (collectively, the "Parties") hereby stipulate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP") that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

The Parties also stipulate that for each deposition conducted to date in this case, any Party may obtain a transcript thereof and the Parties shall follow normal read and sign procedures under FRCP Rule 30 with respect to those depositions and transcripts thereof.

Dated: March 13th, 2018

*[SIGNATURE PAGE FOLLOWS]*

s/ Scott Wild
Scott M. Wild (Fed. ID No. 10229)
Law Office of Scott M. Wild, LLC
scott@wildlawfirm.com
P.O. Box 6867
Hilton Head Island, South Carolina 29938
Phone: (843) 785-9453
Fax: (888) 785-9438
*Attorney for Plaintiffs*

s/ Kathryn S. Mansfield
Kathryn S. Mansfield (Fed. ID No. 12231)
kathryn.mansfield@wbd-us.com
Womble Bond Dickinson
5 Exchange Street
Charleston, South Carolina 29401
Phone: (843) 722-3400
Fax: (843) 723-7398
*and*
Patrick G. Spaugh (*pro hac vice*)
patrick.spaugh@wbd-us.com
Womble Bond Dickinson
One Wachovia Center
301 S. College Street, Suite 3500
Charlotte, North Carolina 28202
Phone: (704) 331-4962
*Attorneys for The Travelers Home and Marine Insurance Company*