IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Clear Choice Construction, LLC; and Piedmont Disaster Services, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>The Travelers Home and Marine Insurance Company; and XYZ Corporations 1 through 20, which are unknown entities affiliated with the Travelers brand of insurers,<br><br>Defendants. | Civil Action No. 0:17-cv-01890-MBS<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs Clear Choice Construction, LLC and Piedmont Disaster Services, LLC hereby give notice of its voluntary dismissal without prejudice of Defendant XYZ Corporations 1 through 20, which are unknown entities affiliated with the Travelers brand of insurers ("XYZ Corporations"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("FRCP").

Defendant XYZ Corporations have not been served in this action, and likewise have not filed an answer or motion for summary judgment as of this time.

Dated: March 14th, 2018

                                                                    s/ Scott Wild
                                                                    Scott M. Wild (Fed. ID No. 10229)
                                                                    Law Office of Scott M. Wild, LLC
                                                                    scott@wildlawfirm.com
                                                                    P.O. Box 6867
                                                                    Hilton Head Island, South Carolina 29938
                                                                    Phone: (843) 785-9453
                                                                    Fax: (888) 785-9438
                                                                    *Attorney for Plaintiffs*